Richard W. Havel (SBN 052922)
James M. Harris (SBN 102724)
Jeremy E. Rosenthal (SBN 223199)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
jrosenthal@sidley.com

Mark C. Zebrowski (SBN 110175)
Joanna E. Herman (SBN 227480)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125
MZebrowski@mofo.com

Attorneys for Appellees: HERBERT M. GELFAND, AN INDIVIDUAL, MICHAEL GELFAND, AN INDIVIDUAL, BAYSIDE MHP, LLC, DE ANZA CORPORATION, DE ANZA BAYSIDE VILLAGE, LLC, TERRA VISTA MANAGEMENT, INC., DE ANZA NEWPORT MOBILE ESTATES, NEWPORT BACK BAY REALTY COMPANY, GELFAND PROPERTIES, LLC, BAYSIDE VILLAGE MARINA, LLC, AND GELFAND PROPERTIES BAYSIDE, LLC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>BAYSIDE VILLAGE MOBILEHOME OWNERS ASSOCIATION, dba BAYSIDE LAND COMPANY, INC.,<br><br>  Debtor.<br><br>BAYSIDE VILLAGE MOBILEHOME OWNERS ASSOCIATION, dba BAYSIDE LAND COMPANY,<br><br>  Plaintiff and Appellant,<br><br>  vs.<br><br>HERBERT M. GELFAND, et al.,<br><br>  Defendants and Appellees. | APPEAL DOCKET NO. SA CV07-00937-JVS<br><br>BANKRUPTCY CASE NO. SA 95-22080-TA<br>ADVERSARY CASE NO. SA 07-01091-TA<br><br>Chapter 11<br><br>**JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS RELATED TO THE SANCTIONED CONDUCT OF BAYSIDE VILLAGE MOBILEHOME OWNERS ASSOCIATION AND ITS COUNSEL TIMOTHY K. QUICK** |

1   This action came on for hearing on November 13, 2007, and March 3,
2   2008 before the United District Court for the Central District of California, Santa Ana
3   Division, the Honorable James V. Selna presiding, and the issues having been duly
4   heard and pursuant to this Court's Order Awarding Attorneys Fees and Costs Related
5   to the Sanctioned Conduct of Bayside Village Mobilehome Owners Association and
6   its Counsel Timothy K. Quick entered November 20, 2007 (Docket No. 70), it is
7   hereby

8   **ORDERED, ADJUDGED, AND DECREED** that Defendants and
9   Appellees Herbert M. Gelfand; Michael Gelfand; Bayside MHP, LLC; De Anza
10  Corporation; De Anza Bayside Village, LLC; Terra Vista Management, Inc.; De
11  Anza Newport Mobile Estates; Newport Back Bay Realty Company; Gelfand
12  Properties, LLC; Bayside Village Marina, LLC; and Gelfand Properties Bayside,
13  LLC (collectively, "De Anza") are hereby awarded judgment against and may
14  recover from:

15   (i) Plaintiff and Appellant Bayside Village Mobilehome Owners
16  Association, dba Bayside Land Company ("BLC") and its counsel Timothy K. Quick,
17  jointly and severally, in the total amount of $156,206.17 (One Hundred Fifty-Six
18  Thousand Two Hundred Six Dollars and Seventeen Cents) with interest thereon at the
19  judgment rate provided by law, and De Anza's costs of enforcement related thereto,
20  for De Anza's attorneys' fees and double costs pursuant to Fed. R. Bankr. P. 8020
21  and Fed. R. App. P. 38, related to the above captioned appeal; and

22   (ii) Timothy K. Quick in the total amount of $150,515.79 (One Hundred
23  Fifty Thousand Five Hundred Fifteen Dollars and Seventy-Nine Cents) with interest
24  thereon at the judgment rate provided by law, and De Anza's costs of enforcement
25  related thereto, for De Anza's attorneys' fees and single costs pursuant to 28 U.S.C. §
26  1927.

27   The judgment provided for herein is qualified such that De Anza shall
28  not be entitled to recover, pursuant to this Judgment, more than a total amount of

1  $156,206.17 (One Hundred Fifty-Six Thousand Two Hundred Six Dollars and
2  Seventeen Cents), plus interest thereon at the judgment rate provided by law, and De
3  Anza's costs of enforcement related thereto, from either BLC or Timothy K. Quick.

5  Dated at Santa Ana, California, this 21st day of March, 2008.

```
                              _____
                              The Honorable James V. Selna
                              United States District Court for the
                              Central District of California
```

28  1106413