| **Name, Address and Phone number of Attorney(s):** | |
|---|---|
| Mark S. Adams, Esq. 125485   mark.adams@sgsalaw.com <br> Samuels, Green, Steel & Adams LLP <br> 19800 MacArthur Boulevard, Suite 1000 <br> Irvine, CA 92612 <br> Tel: 949-263-0004 <br> Attorneys for Judgment Creditors | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYSIDE VILLAGE MOBILEHOME OWNERS ASSOCIATION, et al., etc. <br><br> Plaintiff(s) <br><br> v. <br><br> HERBERT M. GELFAND, et al., etc. <br><br> Defendant(s). | CASE NUMBER <br> SA CV-07-00937-JVS <br><br> **ORDER** <br> **TO APPEAR FOR EXAMINATION RE:** <br> ☒ **ENFORCEMENT OF JUDGMENT** <br> ☐ **ATTACHMENT (Third Person)** <br><br> ☐ **Judgment Debtor**  ☒ **Third Person** |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of

Judgment/Attachment, hereby **ORDERS** the Application ☒ **GRANTED** ☐ **DENIED.**

**TO:** Shirley Johnson
  *(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

☐ furnish information to aid in enforcement of a money judgment against you.
☒ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

| **Date of appearance:** June 11, 2008 | **Time:** 9:00 a.m. |
|---|---|
| **Place of Appearance:** | ☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA <br> ☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA <br> ☒ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA <br> ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |
| **Courtroom Number:** 10C | |

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____
  *(Name of appointed process server)*

Date: May 9, 2008                                                              /s/ James V. Selna
                                                                                                U.S. District Judge/U.S. Magistrate Judge
                                                                                                Hon. James V. Selna

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT)**

**(1) NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**(2) NOTICE TO JUDGMENT DEBTOR: The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows:** (*Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.*)
Judgment Awarding Attorneys' Fees and Costs Related to the Sanctioned Conduct of Bayside Village Mobilehome Owners Association and its Counsel Timothy K. Quick ("Judgment") was entered in favor of Judgment Creditors and against Bayside Village Mobilehome Owners Association ("Bayside") and Timothy K. Quick (collectively "Judgment Debtors") March 21, 2008.  Judment is in the amount of $156,206.17 against Judgment Debtors, jointly and severally.  In addition, Judgment is in the amount of $150,515.79 against Timothy K. Quick, provided that Judgment Creditors shall not recover more than the total amount of $156,206.17.
It is on information and belief that Shirley Johnson is the Board of Directors of Bayside and has in her possession, custody and control of the monies and properties belonging to Bayside.

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim** *in writing* **with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.**

**You MUST appear at the time and place set for the examination to establish your claim of exemption or**

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.**

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST OR OTHER ORGANIZATION**

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents or other persons who are familiar with your property and debts.**

**ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION**
CV4P ORDER (02/08)   (Attachment-Enforcement of Judgment)   Page 2 of 2
American LegalNet, Inc.
www.Forms*Workflow*.com